UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MALACHI ADAM MARCUS HOWARD,<br>Defendant. | 1:24-CR-10043-CBK<br>MEMORANDUM OPINION AND ORDER |

Defendant was charged with aggravated sexual abuse of a child, a crime having a 30 year mandatory minimum sentence and a maximum sentence of life imprisonment. Pursuant to a plea offer from the government, defendant pleaded guilty to a superseding information charging abusive sexual contact, a crime having a maximum sentence of 240 months imprisonment. Defendant was sentenced on September 8, 2025, to 180 months imprisonment. The Court found that the guideline range was 210 – 240 months but awarded a downward variance pursuant to the joint motion in the plea agreement. The Bureau of Prisons ("BOP") has calculated his release date as March 19, 2038. https://www.bop.gov /inmateloc/, last visited November 18, 2026.

Defendant filed a motion for compassionate release under the First Step Act.

**DECISION**

Once a federal criminal sentence is imposed, it may be modified only as authorized in 18 U.S.C. 3582(c). One such authorized modification of a sentence is a reduction pursuant to 18 U.S.C. 3582(c)(1)(A) and U.S.S.G. § 1B1.13. Those provisions are known as the compassionate release provisions of the United States Code and the Federal Sentencing Guidelines.

The district court cannot entertain a motion for compassionate release until after the defendant has fully exhausted all administrative remedies provided by the Federal Bureau of Prisons. 18 U.S.C. § 3552(c)(1)(A). The defendant set forth documentation that he has exhausted his administrative remedies.

Compassionate release is authorized if the district court, after considering the factors set forth in 18 U.S.C. § 3553, finds

(i) extraordinary and compelling reasons warrant such a reduction; or
(ii) the defendant is at least 70 years of age, has served at least 30 years in prison, pursuant to a sentence imposed under section 3559(c), for the offense or offenses for which the defendant is currently imprisoned, and a determination has been made by the Director of the Bureau of Prisons that the defendant is not a danger to the safety of any other person or the community, as provided under section 3142(g).

18 U.S.C. § 3582(c)(1)(A). Defendant is seeking compassionate release on the basis that extraordinary and compelling reasons warrant a reduction in sentence.

Federal Sentencing Guidelines § 1B1.13(b) defines extraordinary and compelling reasons which may warrant a reduction. Defendant contends that he is entitled to release under the following provisions:

(5) Other Reasons.

> The defendant presents any other circumstance or combination of circumstances that, when considered by themselves or together with any of the reasons described in paragraphs (1) through (4), are similar in gravity to those described in paragraphs (1) through (4).

U.S.S.G. §§ 1B1.13(b)(5). Defendant contends that the Major Crimes Act violates tribal sovereignty and has resulted in pain, suffering, and death to many Native Americans, including himself, warranting a reduction in sentence and release.

Defendant is challenging the jurisdiction of this Court to adjudicate his guilt and sentence him in accordance with the law and the Federal Sentencing Guidelines. He may not challenge the jurisdiction for the imposition of a sentence in a motion for compassionate release.

Defendant is age 24 years. He received credit for three months' time served and has served an additional 14 months towards his 180 months sentence. He has identified no basis consistent with the First Step Act or the Federal Sentencing Guidelines authorizing a reduction in sentence and release.

I have considered the factors set forth in 18 U.S.C. § 3553(a). I find that defendant is not entitled to compassionate release.

Now, therefore,

IT IS ORDERED that defendant's motion, Doc. 50, for compassionate release is denied.

DATED this 19th day of November, 2026.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge